# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2665
LT Case No. 2019-DP-181

———————————————

C.H., FATHER of H.H., S.H., and
C.H., CHILDREN,

    Appellant,

    v.

DEPARTMENT of CHILDREN
and FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Joseph Anthony Manzo, Largo, for Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Guardian ad Litem,
Tallahassee, for Guardian ad Litem Program.


January 11, 2024


PER CURIAM.

AFFIRMED.

WALLIS, MACIVER, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____